**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HENRY A. JONES, JR., <br><br>            Plaintiff, <br><br>   v. <br><br>C. WU, <br><br>            Defendant. | Case No. CV 15-5884 DDP (SS) <br><br>**ORDER ACCEPTING FINDINGS,** <br><br>**CONCLUSIONS AND RECOMMENDATIONS** <br><br>**OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\

\\

\\

\\

\\

1       IT IS ORDERED that Judgment shall be entered dismissing this
2  action with prejudice.

4       IT IS FURTHER ORDERED that the Clerk serve copies of this
5  Order and the Judgment herein on Plaintiff at his current address
6  of record.

8       LET JUDGMENT BE ENTERED ACCORDINGLY.

10 DATED:   April 5, 2016

                                    _____
                                    DEAN D. PREGERSON
                                    UNITED STATES DISTRICT JUDGE

2