1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                   **CENTRAL DISTRICT OF CALIFORNIA**

10

11   HENRY A. JONES, JR.,                Case No. CV 15-5884 DDP (SS)

12                  Plaintiff,

13        v.                                          **JUDGMENT**

14   C. WU,

15                  Defendant.

16

17        Pursuant to the Court's Order Accepting Findings,

18   Conclusions and Recommendations of United States Magistrate

19   Judge,

20

21        IT IS HEREBY ADJUDGED that the above-captioned action is

22   dismissed with prejudice.

23

24   DATED: April 5, 2016

25                                    _____

26                                    DEAN D. PREGERSON
                                      UNITED STATES DISTRICT JUDGE

27

28