# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY A. JONES, JR.,<br><br>        Plaintiff,<br><br>  v.<br><br>DR. CHENGOCONG WU,<br><br>        Defendant. | Case No. CV 15-5884 DDP (SS)<br><br>**ORDER ACCEPTING FINDINGS,**<br>**CONCLUSIONS, AND**<br>**RECOMMENDATIONS OF UNITED**<br>**STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Third Amended Complaint, Defendant's Motion for Summary Judgment, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and Plaintiff's Objections. After having made a <u>de novo</u> determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

\\

\\

\\

**IT IS ORDERED** that Defendant's Motion for Summary Judgment is GRANTED.

**IT IS FURTHER ORDERED** that Judgment shall be entered dismissing this action with prejudice.

The Clerk of the Court shall serve copies of this Order and the Judgment herein on Plaintiff at his current address of record and on counsel for Defendant.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: April 16, 2019

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE