JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY A. JONES, JR., <br>       Plaintiff, <br>   v. <br> DR. CHENGOCONG WU, <br>       Defendant. | Case No. CV 15-5884 DDP (SS) <br><br> **JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: April 16, 2019

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE